Brown v Wal-Mart Stores, Inc. (2023 NY Slip Op 02402)

Brown v Wal-Mart Stores, Inc.

2023 NY Slip Op 02402

Decided on May 5, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 5, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

35 CA 22-00144

[*1]COREY BROWN AND MARJORIE BROWN, PLAINTIFFS,
v
WAL-MART STORES, INC., INDIVIDUALLY AND DOING BUSINESS AS WAL-MART, ET AL., DEFENDANTS. WAL-MART STORES, INC., INDIVIDUALLY AND DOING BUSINESS AS WAL-MART, THIRD-PARTY PLAINTIFF-APPELLANT, 
 TOWN OF AMHERST, THIRD-PARTY DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 

HARTER SECREST & EMERY LLP, ROCHESTER (JEFFREY A. WADSWORTH OF COUNSEL), AND BROWN HUTCHINSON LLP, FOR THIRD-PARTY PLAINTIFF-APPELLANT. 
MICHAEL J. WILLETT, BUFFALO, FOR THIRD-PARTY DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Paul Wojtaszek, J.), entered December 27, 2021. The order granted the motion of third-party defendant for summary judgment dismissing the third-party complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Brown v Wal-Mart Stores, Inc. ([appeal No. 2] — AD3d — [May 5, 2023][4th Dept 2023]).
Entered: May 5, 2023
Ann Dillon Flynn
Clerk of the Court